# Affidavit in Support of Criminal Complaint

For Armando **Carrasco-Nicolas**

Your Affiant, (A)SDDO Ed Colon, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), being duly sworn, deposes and says:

1. I am a Deportation Officer (DO) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been so employed since June of 2022 and I am presently assigned to the Louisville, Kentucky (KY) sub-office of Chicago. Prior to that, I was a Diversion Investigator with the Drug Enforcement Administration (DEA) for (1) year. I have worked the last 12 years in the law enforcement industry at the local, state and federal levels. My duties include the enforcement of various violations of immigration and criminal laws. I have attended the ICE Enforcement and Removal Operations Academy in Glynco, Georgia, where training was conducted pertaining to these types of investigations as well as the enforcement of both criminal and administrative immigration laws.

2. I am a law enforcement officer of the United States (U.S.) within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code (U.S.C.) § 1326.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

## Statement of Probable Cause

4. On November 08, 2026, Kentucky State Police troopers arrested Armando **CARRASCO-NICOLAS** for operate motor vehicle u/influence of alcohol .08 and traffic offenses. While being processed at the Pulaski County Regional Jail in Somerset, KY the subjects' biographical information and fingerprints were entered and scanned into DOJ and DHS indices which returned a biometric match for a citizen and national of Mexico, the subject of alien registration number: 213 021 619 and the subject of FBI number 322623FD8. **CARRASCO-NICOLAS** was found to be unlawfully present in the United States and previously removed from the United States (A213 021 619).

5. Armando **CARRASCO-NICOLAS**, an illegal alien with criminal history, was convicted on May 31, 2017, for operate motor vehicle u/influence of alcohol/drugs with aggravated circumstances, 1st offense and sentenced to thirty (30) days imprisonment at the Boyle District Court in Danville, Kentucky.

6. **CARRASCO-NICOLAS**, an illegal alien with criminal convictions, was convicted on April 03, 2017, for alcohol intoxication in a public place-1st and 2nd offense and sentenced to fines at the Lincoln District Court in Stanford, KY.

7. Records checks conducted by ICE/ERO officers on November 13, 2026, in DHS/ICE indices confirmed that the subject's identity is Armando **CARRASCO-NICOLAS** a previously deported Mexico citizen and national. The subject is processed for removal and have his previous deportation reinstated.

8. A review of **CARRASCO-NICOLAS'** immigration records revealed the following:

    a. On or about June 23, 2018, United States Immigration Agents arrested **CARRASCO-NICOLAS** after having entered the United States illegally and served him a Notice to Appear, Form I-862. On or about September 14, 2018, a United States Immigration Judge ordered **CARRASCO-NICOLAS** removed from the United States. On September 28, 2018 Immigration Officials removed **CARRASCO-NICOLAS** to Mexico through Brownsville-Matamor, TX.

    b. On or about November 13, 2019, United States Immigration Agents arrested **CARRASCO-NICOLAS** after having entered the United States illegally and served him a Reinstatement of Prior Deport Order. On November 14, 2019, Immigration Officials removed **CARRASCO-NICOLAS** to Mexico through Nogales, AZ.

    c. On or about November 28, 2019, United States Immigration Agents arrested **CARRASCO-NICOLAS** after having entered the United States illegally and served him a Reinstatement of Prior Deport Order. On January 29, 2020, Immigration Officials removed **CARRASCO-NICOLAS** to Mexico through Brownsville, TX.

9. Record checks confirmed the following criminal convictions for **GRANADOS-LOPEZ**:

    a. **CARRASCO-NICOLAS** has a conviction for operate motor vehicle u/influence of alcohol/drugs with aggravated circumstances, 1st offense on May 31, 2017, and sentenced to thirty (30) days imprisonment at the Boyle District Court in Danville, Kentucky.

    b. **CARRASCO-NICOLAS** has a conviction for alcohol intoxication in a public place-1st and 2nd offense on April 03, 2017, and sentenced to fines at the Lincoln District Court in Stanford, KY.

10. A review of **CARRASCO-NICOLAS'** electronic immigration records revealed no application for permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his previous deportation.

## Conclusion

11. Based on the above information, your affiant believes that **CARRASCO-NICOLAS** is an alien who has been found in the United States in Pulaski County in the Eastern District of KY, in violation of Title 8 of the United States Code, Sec. 1326(a) to wit: unlawful re-entry of an alien previously removed or deported from the United States.

ED M COLON

Digitally signed by ED M COLON
Date: 2026.11.16 15:17:48 -05'00'

Ed Colon
(A)SDDO
Immigration and Customs Enforcement
Bowling Green, Kentucky

Subscribed remotely per Rule 4.1(b)(2)(A) this 16th day of November, 2026.

Hanly A. Ingram
United States Magistrate Judge